No. 91–1202. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* LINDSAY, HARRIS COUNTY JUDGE, ET AL. C. A. 5th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–7152. PHILLIP *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–7687. THOMAS *v.* OHIO. Ct. App. Ohio, Montgomery County. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–1299. RUSCITTO *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1438. BROADCAST MUSIC, INC. *v.* EDISON BROTHERS STORES, INC. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1355. J. ARON & CO. *v.* HAVILAND. C. A. 2d Cir. Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1383. ALABAMA *v.* FLOWERS. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1491. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICE *v.* MOORE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1494. GUNTER ET AL. *v.* ABDULLAH. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1419. GUAM HAKUBOTAN, INC. *v.* FURUSAWA INVESTMENT CORP. ET AL. C. A. 9th Cir. Motion of Ben Blaz for leave to file a brief as *amicus curiae* granted. Certiorari denied.